the suit of Dr. Lee C. Schlesinger et al. is affirmed. Costs to be paid by Dr. Lee C. Schlesinger et al.

PONDER, J., absent.

96 So.2d 575

Eugene J. LILLIS

v.

CITY OF NEW ORLEANS, Illinois Central Railroad Company, and Louisiana and Arkansas Railway Company.

RUDOLPH RAMELLI, Inc.

v.

CITY OF NEW ORLEANS, Illinois Central Railroad Company, and Louisiana and Arkansas Railway Company.

Dr. Lee C. SCHLESINGER et al.

v.

CITY OF NEW ORLEANS, Illinois Central Railroad Company, and Louisiana and Arkansas Railway Company.

Nos. 43102–43104.

June 28, 1957.

McCloskey & Dennery, Moise W. Dennery, New Orleans, for appellants.

Lemle & Kelleher, Harry B. Kelleher, Milling, Saal, Saunders, Benson & Wood-ward, M. Truman Woodward, Jr., Alvin J. Liska, City Atty., Charles E. Cabibi, Asst. City Atty., New Orleans, for appellees.

HAMLIN, Justice ad hoc.

For the reasons assigned in the case of Rudolph Ramelli, Inc. v. City of New Orleans, 233 La. 291, 96 So.2d 572, decision this day handed down from the bench, the judgment of the trial court dismissing the suit of Eugene J. Lillis is affirmed. Costs to be paid by Eugene J. Lillis.

PONDER, J., absent.